IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAZIE HORSEY and
JAMES JOHNSON

    v.           NO. 12-2986

NCO FINANCIAL SYSTEMS, INC.

FILED
DEC - 7 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT

BEFORE ROBRENO, J.

    AND NOW, to wit, this 7thday of December, 2012, in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68,

    It is ORDERED that judgment is entered in favor of plaintiffs and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $2,002 ($1,001. for each Plaintiff) together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg